UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br>    KEVIN M. RINE <br>    LUCINDA K RINE <br><br>                 Debtors | CASE NO: 05-36381 <br>       (Chapter 13) <br><br> JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019154**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 8 | AKSM/ORTHO INC <br> 100 WEST THIRD AVE <br> STE 300 <br> COLUMBUS, OH  43210 | 63.50 |

                                        /s/ Jeffrey M. Kellner
                                        Jeffrey M. Kellner  0022205
                                        Chapter 13 Trustee
                                        131 N LUDLOW ST   SUITE 900
                                        DAYTON, OH  45402-1161
                                        (937)222-7600   Fax (937)222-7383
                                        email: chapter13@dayton13.com

                                        Dated: 6/8/2010

Certificate of Service                    05-36381

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| KEVIN M. RINE | WAYNE P NOVICK | (8.1) |
| --- | --- | --- |
| LUCINDA K RINE | 2135 MIAMISBURG-CENTERVILLE RD | AKSM/ORTHO INC |
| 304 N GEBHART CHURCH ROAD | CENTERVILLE, OH  45459 | 100 WEST THIRD AVE |
| MIAMISBURG, OH  45342 | | STE 300 |
| | | COLUMBUS, OH  43210 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                              sv